# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

HUMBERT CARRERAS

Plaintiff,

v.

Warden Donna Zickefoose

Defendants.

**ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

Case Number: 10-2765-JEI

**APPEAL**

Having considered the application to proceed without prepayment of fees under 28 U.S.C.§ 1915;

IT IS ORDERED that the application is:

☑ GRANTED

☐ DENIED, for the following reasons:

_____

ENTERED this 9th day of February, 2011

Hon. Joseph E. Irenas, USDCJ